UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-0220-CR-LENARD

MAGISTRATE JUDGE TURNOFF

18 USC 401(3)
18 USC 3146

UNITED STATES OF AMERICA

v.

JOAQUIN RIVERO

_____/

### INDICTMENT

The Grand Jury charges that:

#### COUNT I

On or about June 16, 1998, at Miami-Dade County, in the Southern District of Florida, the defendant,

JOAQUIN RIVERO

did knowingly and willfully, and in disobedience and resistance to a lawful order and command of the United States District Court for the Southern District of Florida, given at Miami, Florida, on or about April 2, 1998, in United States v. Joaquin Rivero, Case No. 98-23-CR-LENARD, fail to appear for sentencing, as ordered by the Court; in violation of Title 18, United States Code, Section 401(3).

## COUNT II

On or about June 16, 1998, at Miami-Dade County, in the Southern District of Florida, the defendant,

## JOAQUIN RIVERO

having previously been charged with and convicted of a violation of Title 21, United States Code, Section 846, that is, conspiracy to possess with intent to distribute a Schedule II controlled substance, an offense punishable by imprisonment for a term of up to life, and having been released by the United States District Court for the Southern District of Florida pursuant to Chapter 207 of Title 18, United States Code, Section 3141 et seq., in United States v. Joaquin Rivero, Case No. 98-23-Cr-LENARD, did knowingly and willfully fail to appear before said Court as required by the conditions of his release, in that the defendant failed to appear for sentencing, as ordered on or about April 2, 1998, by said Court; in violation of Title 18, United States Code, Section 3146.

A TRUE BILL

_____
FOREPERSON

_____
THOMAS E. SCOTT
UNITED STATES ATTORNEY

_____
DAVID M. BUCKNER
ASSISTANT UNITED STATES ATTORNEY

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

CASE NO. 00-0220CR-LENARD

v.

**CERTIFICATE OF TRIAL ATTORNEY\***

MAGISTRATE JUDGE
TURNOFF

**JOAQUIN RIVERO**

**Superseding Case Information:**

**Court Division:** (Select One)

| New Defendant(s) | Yes ___ | No ___ |
|---|---|---|
| Number of New Defendants | _____ | |
| Total number of counts | _____ | |

_x_ Miami ___ Key West
___ FTL ___ WPB ___ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:     (Yes or No) __NO__
   List language and/or dialect _____

4. This case will take __2__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                     (Check only one)

   | | | | | |
   |---|---|---|---|---|
   | I | 0 to 5 days | _x_ | Petty | ___ |
   | II | 6 to 10 days | ___ | Minor | ___ |
   | III | 11 to 20 days | ___ | Misdem. | ___ |
   | IV | 21 to 60 days | ___ | Felony | _x_ |
   | V | 61 days and over | | | |

6. Has this case been previously filed in this District Court? (Yes or No) __No__
   If yes:
   Judge: _____     Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter? (Yes or No) __yes__
   If yes:
   Magistrate Case No. __98-23-CR-LENARD__
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as: _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____
   Is this a potential death penalty case? (Yes or No) __NO__

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? _X_ Yes ___ No    If yes, was it pending in the Central Region? ___ Yes _x_ No

_____
DAVID BUCKNER
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 60550

\*Penalty Sheet(s) attached
N:\udd\mmorales\MANZANARES.CERT.wpd

REV.3/19/99

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

00-0220-CR-LENARD

PENALTY SHEET

Defendant Name: JOAQUIN RIVERO

MAGISTRATE JUDGE TURNOFF

---

**Count #:** I

Title 18 USC § 401(3), Contempt of Court

*__Max Penalty:__ Imprisonment and/or fine as set by court

**Count #:** II

Title 18 USC § 3146, Failure to Appear

*__Max Penalty:__ Up to 10 years' imprisonment

**Counts #:**

*__Max Penalty:__

---

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.

GRAND JURY INDICTMENT NO. 99-2-mcn-0359

00- 0220 CR - LENARD  MAGISTRATE JUDGE TURNOFF

# UNITED STATES DISTRICT COURT

SOUTHERN District of FLORIDA

CRIMINAL Division

## THE UNITED STATES OF AMERICA

vs.

JOAQUIN RIVERO

## INDICTMENT

18 USC 401(3)
18 USC 3146

A true bill.

_____
Foreman

Filed in open court this 21st day,

of March A.D. 2000

Patty W. Fitzpatrick
_____
Clerk

Bail, $ _____

FORM DHD-34
JAN. 85